**INDUSTRY NEWS > TECHNOLOGY**

# Tesla gets $15M California tax credit, but also gets some flak

Jun 19, 2015, 5:42am PDT

**Allen Young**
*Sacramento Business Journal*

Tesla Motors formally won a $15 million California tax credit on Thursday, but not without some dissent among state officials making the decision.



JUSTIN SULLIVAN/GETTY IMAGES

Tesla Motors formally won a $15 million California tax credit on Thursday, but not... more

Tesla was the biggest beneficiary among 63 companies that shared in nearly $50 million in credits awarded through the California Competes state incentive program. Those credits awarded this week are intended to support creation of a combined 11,000 jobs.

Tesla's vice president of business development told the panel that voted on the awards that its credit would allow his company to add more than 4,000 jobs in California.

"This is necessary," said Diarmuid O'Connell, Tesla's vice president of business development. "The tax credit will meaningfully either tip the

**HOME** OF THE DAY



PLAINTIFF'S EXHIBIT
2

balance about whether we would create that job here or somewhere else, or now or later."

But the five-member panel -- including representatives from the Brown administration, Legislature and other constitutional offices -- did not unanimously support Tesla's award. The one dissenting vote came from an appointee representing Assembly Speaker Toni Atkins, a San Diego Democrat.



**Stunning Sea Cliff Home**

See All Homes of the Day

The Speaker's representative, Madeline Janis, said in an interview that she voted against the Tesla credit because the company did not make it clear to her that it needed the money.

"When it's taxpayer dollars being invested in a private business, we should expect certain things – that that money is going to make a difference. That without that money, not as many jobs would be created," said Janis, who is the director of Jobs to Move America, a Los-Angeles coalition of labor and community groups.

Tax credit applications are evaluated on factors like employee compensation and the company's "strategic importance to the state, region or locality," according to a state document about the program. Prior tax credits have been weighted toward technology and advanced manufacturing firms, though unrelated businesses have also utilized the program.

In his public comments, O'Connell of Tesla noted that operating in California is inherently more expensive than other states and countries, and that the credit would influence and accelerate California hiring decisions.

"O'Connell went on to criticize an article in the Los Angeles Times last month that reported Tesla has received an estimated $4.9 billion in government subsidies. Public support received by the company – most

notably a $1.3 billion tax credit from the state of Nevada – has overwhelmingly come in the form of performance-based incentives, not grants, he said.

"If we don't do anything, we don't get it," he said.

Actual grants the company has received, which include a workforce education grant for $1.3 million, were "meaningful but marginal," said O'Connell, given that the company employs some 9,000 California workers, he said.

The panel also approved smaller tax credits to dozens of other companies on Thursday. Here are awards to companies from the Sacramento region:

- United States Cold Storage, Inc., a Sacramento-based provider of refrigerated warehousing and storage: $300,000 in exchange for 18 jobs and $32 million in investment.

- Blue Iron, Inc., a West Sacramento-based general engineering contractor: $70,000 in exchange for seven jobs and $6.3 million in investment.

- Pacific Biomedical Distribution Services, Inc., a Rancho Cordova-based medical device and equipment supplier: $50,000 in exchange for 15 jobs and investment of $216,695.

- Melcon, Inc., a West Sacramento-based site preparation contractor: $35,000 in exchange for 8 jobs and investment of $1.1 million.

- California Safe Soil, LLC, a West Sacramento and Sacramento compost and fertilizer manufacturer: $1.3 million to in exchange for 71 jobs and investment of $39 million.

- Anvaya Solutions, Inc., a Folsom-based cybersecurity software developer: $250,000 in exchange for 13 jobs and investment of $560,000.

# Bay Area Air Quality Management District
939 Ellis Street
San Francisco, CA  94109
(415) 771-6000

## Final

# MAJOR FACILITY REVIEW PERMIT

### Issued To:
### Tesla Motors Inc.
### Facility # A1438

**Facility Address:**
45500 Fremont Boulevard
Fremont, CA  94538

**Mailing Address:**
45500 Fremont Boulevard
Fremont, CA  94538

| Responsible Official | Facility Contact |
|---|---|
| Gilbert Passin | Edward Moore |
| Vice President Manufacturing Operations | Senior Environmental Engineer |
| (650) 681-5470 | (650) 681-5871 |

| | | |
|---|---|---|
| **Type of Facility:** | Automotive Manufacturing | BAAQMD Permit Division Contact: |
| **Primary SIC:** | 3711 | Sanjeev Kamboj |
| **Product:** | Automobiles | |

**ISSUED BY THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT**

  Signed by Jeff Mckay for Jack P. Broadbent_____          October 28, 2010
Jack P. Broadbent, Executive Officer/Air Pollution Control Officer                    Date



PLAINTIFF'S
EXHIBIT

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

# TABLE OF CONTENTS

I.      STANDARD CONDITIONS ....................................................................................... 3

II.     EQUIPMENT ............................................................................................................. 7

III.    GENERALLY APPLICABLE REQUIREMENTS .................................................. 25

IV.     SOURCE-SPECIFIC APPLICABLE REQUIREMENTS ........................................ 28

V.      SCHEDULE OF COMPLIANCE ......................................................................... 178

VI.     PERMIT CONDITIONS ....................................................................................... 179

VII.    APPLICABLE LIMITS & COMPLIANCE MONITORING REQUIREMENTS.................. 237

VIII.   TEST METHODS................................................................................................. 393

IX.     PERMIT SHIELD................................................................................................. 396

X.      REVISION HISTORY.......................................................................................... 397

XI.     GLOSSARY ......................................................................................................... 398

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

# TABLE OF CONTENTS

I.    STANDARD CONDITIONS ................................................................................ 3

II.   EQUIPMENT ................................................................................................... 7

III.  GENERALLY APPLICABLE REQUIREMENTS.................................................... 25

IV.   SOURCE-SPECIFIC APPLICABLE REQUIREMENTS ........................................ 28

V.    SCHEDULE OF COMPLIANCE......................................................................... 178

VI.   PERMIT CONDITIONS .................................................................................... 179

VII.  APPLICABLE LIMITS & COMPLIANCE MONITORING REQUIREMENTS.................. 237

VIII. TEST METHODS............................................................................................. 393

IX.   PERMIT SHIELD............................................................................................. 396

X.    REVISION HISTORY........................................................................................ 397

XI.   GLOSSARY ..................................................................................................... 398

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

# I.   STANDARD CONDITIONS

### A.  Administrative Requirements

The permit holder shall comply with all applicable requirements in the following regulations:

BAAQMD Regulation 1 - General Provisions and Definitions
(as amended by the District Board on 7/09/08);

SIP Regulation 1 - General Provisions and Definitions
(as approved by EPA through 6/28/99);

BAAQMD Regulation 2, Rule 1 - Permits, General Requirements
(as amended by the District Board on 11/19/08);

SIP Regulation 2, Rule 1 - Permits, General Requirements
(as approved by EPA through 1/26/99);

BAAQMD Regulation 2, Rule 2 - Permits, New Source Review
(as amended by the District Board on 6/15/05);

SIP Regulation 2, Rule 2 - Permits, New Source Review and Prevention of Significant Deterioration
(as approved by EPA through 1/26/99);

BAAQMD Regulation 2, Rule 4 - Permits, Emissions Banking
(as amended by the District Board on 12/21/04);

SIP Regulation 2, Rule 4 - Permits, Emissions Banking
(as approved by EPA through 1/26/99); and

BAAQMD Regulation 2, Rule 6 - Permits, Major Facility Review
(as amended by the District Board on 4/16/03).



### B.  Conditions to Implement Regulation 2, Rule 6, Major Facility Review

1.  This Major Facility Review Permit was issued on June 3, 2010, and expires on June 2, 2015. The permit holder shall submit a complete application for renewal of this Major Facility Review Permit no later than December 2, 2014, and no earlier than June 2, 2014. **If a complete application for renewal has not been submitted in accordance with this deadline, the facility may not operate after June 2, 2015.** If the permit renewal has not been issued by June 2, 2015, but a complete application for renewal has been submitted in accordance with the above deadlines, the existing permit will continue in force until the District takes final action on the renewal application. (Regulation 2-6-307, 404.2, 407, & 409.6; MOP Volume II, Part 3, §4.2)

2.  The permit holder shall comply with all conditions of this permit.  The permit consists of this document and all appendices.  Any non-compliance with the terms and conditions of this permit will constitute a violation of the law and will be grounds for enforcement action; permit termination, revocation and re-issuance, or modification; or denial of a permit renewal application. (Regulation 2-6-307; MOP Volume II, Part 3, §4.11)

3.  In the event any enforcement action is brought as a result of a violation of any term or condition of this permit, the fact that it would have been necessary for the permittee to halt or reduce the permitted activity in order to maintain compliance

Issuance Date: October 28, 2010

## I.    Standard Conditions

with such term or condition shall not be a defense to such enforcement action. (MOP Volume II, Part 3, §4.11)

4.  This permit may be modified, revoked, reopened and reissued, or terminated for cause. (Regulation 2-6-307, 409.8, 415; MOP Volume II, Part 3, §4.11)

5.  The filing of a request by the facility for a permit modification, revocation and re-issuance, or termination, or the filing of a notification of planned changes or anticipated non-compliance does not stay the applicability of any permit condition. (Regulation 2-6-409.7; MOP Volume II, Part 3, §4.11)

6.  This permit does not convey any property rights of any sort, or any exclusive privilege. (Regulation 2-6-409.7; MOP Volume II, Part 3, §4.11)

7.  The permit holder shall supply within 30 days any information that the District requests in writing to determine whether cause exists for modifying, revoking and reissuing, or terminating the permit or to determine compliance with the permit. (Regulation 1-441, Regulation 2-6-409.4 & 501; MOP Volume II, Part 3, §4.11)

8.  Any records required to be maintained pursuant to this permit which the permittee considers to contain proprietary or trade secret information shall be prominently designated as such.  Copies of any such proprietary or trade secret information which are provided to the District shall be maintained by the District in a locked confidential file, provided, however, that requests from the public for the review of any such information shall be handled in accordance with the District's procedures set forth in Section 11 of the District's Administrative Code. (Regulation 2-6-419; MOP Volume II, Part 3, §4.11)

9.  Proprietary or trade secret information provided to EPA will be subject to the requirements of 40 CFR Part 2, Subpart B - Public Information, Confidentiality of Business Information. (40 CFR Part 2)

10. The emissions inventory submitted with the application for this Major Facility Review Permit is an estimate of actual emissions for the time period stated and is included only as one means of determining applicable requirements for emission sources.  It does not establish, or constitute a basis for establishing, any new emission limitations. (MOP Volume II, Part 3, §4.11)

11. The responsible official shall certify all documents submitted by the facility pursuant to the major facility review permit.  The certification shall state that based on information and belief formed after reasonable inquiry, the statements and information in the document are true, accurate, and complete.  The certifications shall be signed by a responsible official for the facility. (MOP Volume II, Part 3, §4.11

12. The permit holder is responsible for compliance, and certification of compliance, with all conditions of the permit, regardless whether it acts through employees, agents, contractors, or subcontractors. (Regulation 2-6-307)

### C.  Requirement to Pay Fees

The permit holder shall pay annual fees in accordance with District Regulation 3, including Schedule P. (Regulation 2-6-402 & 409.13, Regulation 3; MOP Volume II, Part 3, §4.12)

# I.   Standard Conditions

### D.  Inspection and Entry

Access to Facility:  The permit holder shall provide reasonable access to the facility and equipment which is subject to this permit to the APCO and/or to his or her designee. (Regulation 1-440, Regulation 2-6-409.3; MOP Volume II, Part 3, §4.14)

### E.  Records

1. The permit holder must provide any information, records, and reports requested or specified by the APCO.  (Regulation 1-441, Regulation 2-6-409.4)
2. Notwithstanding the specific wording in any requirement, all records for federally enforceable requirements shall be maintained for at least five years from the date of entry.  (Regulation 2-6-501, MOP Volume II, Part 3, §4.7)

### F.  Monitoring Reports

Reports of all required monitoring must be submitted to the District at least once every six months, except where an applicable requirement specifies more frequent reporting. Monitoring reports shall be submitted for the following periods:  July 1st through December 31st and January 1st through June 30th, and are due on the last day of the month after the end of the reporting period.  All instances of non-compliance shall be clearly identified in these reports.  The reports shall be certified by the responsible official as true, accurate, and complete.  In addition, all instances of non-compliance with the permit shall be reported in writing to the District's Compliance and Enforcement Division within 10 calendar days of the discovery of the incident.  Within 30 calendar days of the discovery of any incident of non-compliance, the facility shall submit a written report including the probable cause of non-compliance and any corrective or preventative actions. The reports shall be sent to the following address:

> Director of Compliance and Enforcement
> Bay Area Air Quality Management District
> 939 Ellis Street
> San Francisco, CA 94109
> Attn:  Title V Reports

(Regulation 2-6-502, MOP Volume II, Part 3, §4.7)

### G.  Compliance Certification

Compliance certifications shall be submitted annually by the responsible official of this facility to the Bay Area Air Quality Management District and to the Environmental Protection Agency.  The certification period will be January 1st to December 31st.  The certification shall be submitted by January 31st of each year.  The certification must list each applicable requirement, the compliance status, whether compliance was continuous or intermittent, the method used to determine compliance, and any other specific information required by the permit.  The permit holder may satisfy this requirement through submittal of District-generated Compliance Certification forms.  The certification should be directed to the District's Compliance and Enforcement Division at the address above, and a copy of the certification should be sent to the Environmental Protection Agency at the following address:

> Director of the Air Division
> USEPA, Region IX

Issuance Date:  October 28, 2010

# I.   Standard Conditions

75 Hawthorne Street
San Francisco, CA  94105
Attention:  Air-3

(MOP Volume II, Part 3, §4.5 and 4.15)

### H.  Emergency Provisions

1.  The permit holder may seek relief from enforcement action in the event of a breakdown, as defined by Regulation 1-208 of the District's Rules and Regulations, by following the procedures contained in Regulations 1-431 and 1-432. The District will thereafter determine whether breakdown relief will be granted in accordance with Regulation 1-433. (MOP Volume II, Part 3, §4.8)

2.  The permit holder may seek relief from enforcement action for a violation of any of the terms and conditions of this permit by applying to the District's Hearing Board for a variance pursuant to Health and Safety Code Section 42350. The Hearing Board will determine after notice and hearing whether variance relief should be granted in accordance with the procedures and standards set forth in Health and Safety Code Section 42350 et seq. (MOP Volume II, Part 3, §4.8)

3.  Notwithstanding the foregoing, the granting by the District of breakdown relief or the issuance by the Hearing Board of a variance will not provide relief from federal enforcement. (MOP Volume II, Part 3, §4.8)

### I.  Severability

In the event that any provision of this permit is invalidated by a court or tribunal of competent jurisdiction, or by the Administrator of the EPA, all remaining portions of the permit shall remain in full force and effect. (Regulation 2-6-409.5; MOP Volume II, Part 3, §4.10)

### J.  Miscellaneous Conditions

1.  The maximum capacity for each source as shown in Table II-A is the maximum allowable capacity. Exceedance of the maximum allowable capacity for any source is a violation of Regulation 2, Rule 1, Section 301. (Regulation 2-1-301)

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.    EQUIPMENT

### Table II  A - Permitted Sources

Each of the following sources has been issued a permit to operate pursuant to the requirements of BAAQMD Regulation 2, Permits. The capacities in this table are the maximum allowable capacities for each source, pursuant to Standard Condition I.J and Regulation 2-1-301.  All combustion sources except for engines burn natural gas only.

| S # | Description* | Make or Type | Model | Capacity |
|---|---|---|---|---|
| 57 | Bumper Topcoat Booth | Custom Made | N/A | N/A |
| 58 | Bumper Topcoat Oven | Custom Made | N/A | 9.87 MMBTU/hr |
| 59 | Bumpers Prime Booth | Custom Made | N/A | N/A |
| 61 | Passenger Blackout Chassis Booth | Custom Made | N/A | N/A |
| 62 | Passenger Gas Tank Paint Booth | Custom Made | N/A | N/A |
| 63 | Passenger Gas Tank Oven | Custom Made | N/A | 1.2 MMBTU/hr |
| 65 | Bumper Prime Oven | Custom Made | N/A | 4 MMBTU/hr |
| 71 | Passenger Cavity Wax Booth | Custom Made | N/A | N/A |
| 101 | Spare Parts ELPO Dip Tank | Custom Made | N/A | N/A |
| 102 | Spare Parts ELPO Oven | Custom Made | N/A | 10 MMBTU/hr |
| 405 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 406 | Windshield Washer Fluid Above Ground Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 408 | Purge Thinner Above Ground Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 412 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 414 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 415 | Paint Stripper Tank | Custom Made | N/A | 12,000 Gallon |
| 416 | Purge Thinner Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 437 | CPI Separator Storage Tank (water) | Custom Made | N/A | 10,000 Gallon |
| 592 | NPS Passenger ELPO Resin Storage Tank | Custom Made | N/A | 10,000 Gallon |
| 593 | NPS Passenger ELPO Pigment Storage Tank | Custom Made | N/A | 10,000 Gallon |
| 781 | Cold Cleaner | Custom Made | N/A | 4 Gallon |
| 782 | Cold Cleaner | Custom Made | N/A | 6 Gallon |
| 786 | Cold Cleaner | Graymills | N/A | 9 Gallon |

Issuance Date: October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## V.   SCHEDULE OF COMPLIANCE

The permit holder shall comply with all applicable requirements cited in this permit.  The permit holder shall also comply with applicable requirements that become effective during the term of this permit on a timely basis.

Issuance Date:  October 28, 2010

# I.   STANDARD CONDITIONS

### A.  Administrative Requirements

The permit holder shall comply with all applicable requirements in the following regulations:

BAAQMD Regulation 1 - General Provisions and Definitions
(as amended by the District Board on 7/09/08);

SIP Regulation 1 - General Provisions and Definitions
(as approved by EPA through 6/28/99);

BAAQMD Regulation 2, Rule 1 - Permits, General Requirements
(as amended by the District Board on 11/19/08);

SIP Regulation 2, Rule 1 - Permits, General Requirements
(as approved by EPA through 1/26/99);

BAAQMD Regulation 2, Rule 2 - Permits, New Source Review
(as amended by the District Board on 6/15/05);

SIP Regulation 2, Rule 2 - Permits, New Source Review and Prevention of Significant Deterioration
(as approved by EPA through 1/26/99);

BAAQMD Regulation 2, Rule 4 - Permits, Emissions Banking
(as amended by the District Board on 12/21/04);

SIP Regulation 2, Rule 4 - Permits, Emissions Banking
(as approved by EPA through 1/26/99); and

BAAQMD Regulation 2, Rule 6 - Permits, Major Facility Review
(as amended by the District Board on 4/16/03).

### B.  Conditions to Implement Regulation 2, Rule 6, Major Facility Review

1. This Major Facility Review Permit was issued on June 3, 2010, and expires on June 2, 2015.  The permit holder shall submit a complete application for renewal of this Major Facility Review Permit no later than December 2, 2014, and no earlier than June 2, 2014.  **If a complete application for renewal has not been submitted in accordance with this deadline, the facility may not operate after June 2, 2015.**  If the permit renewal has not been issued by June 2, 2015, but a complete application for renewal has been submitted in accordance with the above deadlines, the existing permit will continue in force until the District takes final action on the renewal application. (Regulation 2-6-307, 404.2, 407, & 409.6; MOP Volume II, Part 3, §4.2)

2. The permit holder shall comply with all conditions of this permit.  The permit consists of this document and all appendices.  Any non-compliance with the terms and conditions of this permit will constitute a violation of the law and will be grounds for enforcement action; permit termination, revocation and re-issuance, or modification; or denial of a permit renewal application.  (Regulation 2-6-307; MOP Volume II, Part 3, §4.11)

3. In the event any enforcement action is brought as a result of a violation of any term or condition of this permit, the fact that it would have been necessary for the permittee to halt or reduce the permitted activity in order to maintain compliance

# I.    Standard Conditions

with such term or condition shall not be a defense to such enforcement action. (MOP Volume II, Part 3, §4.11)

4.  This permit may be modified, revoked, reopened and reissued, or terminated for cause. (Regulation 2-6-307, 409.8, 415; MOP Volume II, Part 3, §4.11)

5.  The filing of a request by the facility for a permit modification, revocation and re-issuance, or termination, or the filing of a notification of planned changes or anticipated non-compliance does not stay the applicability of any permit condition. (Regulation 2-6-409.7; MOP Volume II, Part 3, §4.11)

6.  This permit does not convey any property rights of any sort, or any exclusive privilege. (Regulation 2-6-409.7; MOP Volume II, Part 3, §4.11)

7.  The permit holder shall supply within 30 days any information that the District requests in writing to determine whether cause exists for modifying, revoking and reissuing, or terminating the permit or to determine compliance with the permit. (Regulation 1-441, Regulation 2-6-409.4 & 501; MOP Volume II, Part 3, §4.11)

8.  Any records required to be maintained pursuant to this permit which the permittee considers to contain proprietary or trade secret information shall be prominently designated as such.  Copies of any such proprietary or trade secret information which are provided to the District shall be maintained by the District in a locked confidential file, provided, however, that requests from the public for the review of any such information shall be handled in accordance with the District's procedures set forth in Section 11 of the District's Administrative Code. (Regulation 2-6-419; MOP Volume II, Part 3, §4.11)

9.  Proprietary or trade secret information provided to EPA will be subject to the requirements of 40 CFR Part 2, Subpart B - Public Information, Confidentiality of Business Information. (40 CFR Part 2)

10. The emissions inventory submitted with the application for this Major Facility Review Permit is an estimate of actual emissions for the time period stated and is included only as one means of determining applicable requirements for emission sources.  It does not establish, or constitute a basis for establishing, any new emission limitations. (MOP Volume II, Part 3, §4.11)

11. The responsible official shall certify all documents submitted by the facility pursuant to the major facility review permit.  The certification shall state that based on information and belief formed after reasonable inquiry, the statements and information in the document are true, accurate, and complete. The certifications shall be signed by a responsible official for the facility. (MOP Volume II, Part 3, §4.11

12. The permit holder is responsible for compliance, and certification of compliance, with all conditions of the permit, regardless whether it acts through employees, agents, contractors, or subcontractors. (Regulation 2-6-307)

## C.  Requirement to Pay Fees

The permit holder shall pay annual fees in accordance with District Regulation 3, including Schedule P. (Regulation 2-6-402 & 409.13, Regulation 3; MOP Volume II, Part 3, §4.12)

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

# I.    Standard Conditions

### D.  Inspection and Entry

Access to Facility:  The permit holder shall provide reasonable access to the facility and equipment which is subject to this permit to the APCO and/or to his or her designee. (Regulation 1-440, Regulation 2-6-409.3; MOP Volume II, Part 3, §4.14)

### E.  Records

1.  The permit holder must provide any information, records, and reports requested or specified by the APCO. (Regulation 1-441, Regulation 2-6-409.4)
2.  Notwithstanding the specific wording in any requirement, all records for federally enforceable requirements shall be maintained for at least five years from the date of entry. (Regulation 2-6-501, MOP Volume II, Part 3, §4.7)

### F.  Monitoring Reports

Reports of all required monitoring must be submitted to the District at least once every six months, except where an applicable requirement specifies more frequent reporting. Monitoring reports shall be submitted for the following periods:  July 1st through December 31st and January 1st through June 30th, and are due on the last day of the month after the end of the reporting period.  All instances of non-compliance shall be clearly identified in these reports.  The reports shall be certified by the responsible official as true, accurate, and complete.  In addition, all instances of non-compliance with the permit shall be reported in writing to the District's Compliance and Enforcement Division within 10 calendar days of the discovery of the incident.  Within 30 calendar days of the discovery of any incident of non-compliance, the facility shall submit a written report including the probable cause of non-compliance and any corrective or preventative actions. The reports shall be sent to the following address:

Director of Compliance and Enforcement
Bay Area Air Quality Management District
939 Ellis Street
San Francisco, CA 94109
Attn:  Title V Reports

(Regulation 2-6-502, MOP Volume II, Part 3, §4.7)

### G.  Compliance Certification

Compliance certifications shall be submitted annually by the responsible official of this facility to the Bay Area Air Quality Management District and to the Environmental Protection Agency.  The certification period will be January 1st to December 31st.  The certification shall be submitted by January 31st of each year.  The certification must list each applicable requirement, the compliance status, whether compliance was continuous or intermittent, the method used to determine compliance, and any other specific information required by the permit.  The permit holder may satisfy this requirement through submittal of District-generated Compliance Certification forms.  The certification should be directed to the District's Compliance and Enforcement Division at the address above, and a copy of the certification should be sent to the Environmental Protection Agency at the following address:

Director of the Air Division
USEPA, Region IX

Issuance Date: October 28, 2010

## I.  Standard Conditions

75 Hawthorne Street
San Francisco, CA 94105
Attention: Air-3

(MOP Volume II, Part 3, §4.5 and 4.15)

### H.  Emergency Provisions

1. The permit holder may seek relief from enforcement action in the event of a breakdown, as defined by Regulation 1-208 of the District's Rules and Regulations, by following the procedures contained in Regulations 1-431 and 1-432. The District will thereafter determine whether breakdown relief will be granted in accordance with Regulation 1-433. (MOP Volume II, Part 3, §4.8)

2. The permit holder may seek relief from enforcement action for a violation of any of the terms and conditions of this permit by applying to the District's Hearing Board for a variance pursuant to Health and Safety Code Section 42350. The Hearing Board will determine after notice and hearing whether variance relief should be granted in accordance with the procedures and standards set forth in Health and Safety Code Section 42350 et seq. (MOP Volume II, Part 3, §4.8)

3. Notwithstanding the foregoing, the granting by the District of breakdown relief or the issuance by the Hearing Board of a variance will not provide relief from federal enforcement. (MOP Volume II, Part 3, §4.8)

### I.  Severability

In the event that any provision of this permit is invalidated by a court or tribunal of competent jurisdiction, or by the Administrator of the EPA, all remaining portions of the permit shall remain in full force and effect. (Regulation 2-6-409.5; MOP Volume II, Part 3, §4.10)

### J.  Miscellaneous Conditions

1. The maximum capacity for each source as shown in Table II-A is the maximum allowable capacity. Exceedance of the maximum allowable capacity for any source is a violation of Regulation 2, Rule 1, Section 301. (Regulation 2-1-301)

Issuance Date: October 28, 2010

## II.    EQUIPMENT



### Table II  A - Permitted Sources

Each of the following sources has been issued a permit to operate pursuant to the requirements of BAAQMD Regulation 2, Permits. The capacities in this table are the maximum allowable capacities for each source, pursuant to Standard Condition I.J and Regulation 2-1-301.  All combustion sources except for engines burn natural gas only.

| S # | Description* | Make or Type | Model | Capacity |
|-----|--------------|--------------|-------|----------|
| 57 | Bumper Topcoat Booth | Custom Made | N/A | N/A |
| 58 | Bumper Topcoat Oven | Custom Made | N/A | 9.87 MMBTU/hr |
| 59 | Bumpers Prime Booth | Custom Made | N/A | N/A |
| 61 | Passenger Blackout Chassis Booth | Custom Made | N/A | N/A |
| 62 | Passenger Gas Tank Paint Booth | Custom Made | N/A | N/A |
| 63 | Passenger Gas Tank Oven | Custom Made | N/A | 1.2 MMBTU/hr |
| 65 | Bumper Prime Oven | Custom Made | N/A | 4 MMBTU/hr |
| 71 | Passenger Cavity Wax Booth | Custom Made | N/A | N/A |
| 101 | Spare Parts ELPO Dip Tank | Custom Made | N/A | N/A |
| 102 | Spare Parts ELPO Oven | Custom Made | N/A | 10 MMBTU/hr |
| 405 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 406 | Windshield Washer Fluid Above Ground Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 408 | Purge Thinner Above Ground Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 412 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 414 | Waste Water Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 415 | Paint Stripper Tank | Custom Made | N/A | 12,000 Gallon |
| 416 | Purge Thinner Storage Tank | Custom Made | N/A | 12,000 Gallon |
| 437 | CPI Separator Storage Tank (water) | Custom Made | N/A | 10,000 Gallon |
| 592 | NPS Passenger ELPO Resin Storage Tank | Custom Made | N/A | 10,000 Gallon |
| 593 | NPS Passenger ELPO Pigment Storage Tank | Custom Made | N/A | 10,000 Gallon |
| 781 | Cold Cleaner | Custom Made | N/A | 4 Gallon |
| 782 | Cold Cleaner | Custom Made | N/A | 6 Gallon |
| 786 | Cold Cleaner | Graymills | N/A | 9 Gallon |

Issuance Date: October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.   Equipment

### Table II  A - Permitted Sources

Each of the following sources has been issued a permit to operate pursuant to the requirements of BAAQMD Regulation 2, Permits. The capacities in this table are the maximum allowable capacities for each source, pursuant to Standard Condition I.J and Regulation 2-1-301.  All combustion sources except for engines burn natural gas only.

| S # | Description* | Make or Type | Model | Capacity |
|---|---|---|---|---|
| 787 | Cold Cleaner | Graymills | PL–422-A | 12 Gallon |
| 794 | Cold Cleaner | Custom Made | N/A | 8 Gallon |
| 801 | Stamping Plant Fugitive Solvent Emissions | Custom Made | N/A | N/A |
| 804 | Passenger Fugitive Repair Priming | Custom Made | N/A | N/A |
| 805 | Body Shop Assembly Areas | Custom Made | N/A | N/A |
| 806 | GDF #6340, 7 Gasoline Nozzles | Custom Made | N/A | N/A |
| 826 | Passenger BAYCO Parts Cleaning Oven | Custom Made | N/A | 2 MMBTU/hr |
| 964 | Cold Cleaner | Protecto Seal | N/A | 40 Gallon |
| 965 | Plastic Plant Storage Thinner Tank | Custom Made | N/A | 300 Gallon |
| 992 | Plastic Plant Storage Thinner Tank | Custom Made | N/A | 300 Gallon |
| 1001 | Truck Ed Bath | Custom Made | N/A | N/A |
| 1002 | Truck Ed Oven | Custom Made | N/A | 8 MMBTU/hr |
| 1003 | Truck ED Dry Sand Booth | Custom Made | N/A | N/A |
| 1004 | Truck Metal Repair Booth | Custom Made | N/A | N/A |
| 1005 | Truck PVC Undercoat Area | Custom Made | N/A | N/A |
| 1006 | Truck Antichip Booth | Custom Made | N/A | N/A |
| 1007 | Truck Sealer Oven | Custom Made | N/A | N/A |
| 1008 | Truck Primer Booth | Custom Made | N/A | N/A |
| 1009 | Truck Prime Oven | Custom Made | N/A | 4 MMBTU/hr |
| 1010 | Truck Off-line Repair | Custom Made | N/A | N/A |
| 1011 | Truck Dry Sand Booth | Custom Made | N/A | N/A |
| 1012 | Truck Touch Up Booth | Custom Made | N/A | N/A |
| 1014 | Truck Topcoat Booth | Custom Made | N/A | N/A |
| 1015 | Truck Topcoat Oven | Custom Made | N/A | 4 MMBTU/hr |
| 1017 | Truck Touch Up Booth | Custom Made | N/A | N/A |
| 1018 | Truck Blackout Booth | Custom Made | N/A | N/A |
| 1019 | Truck Cavity Wax Booth | Custom Made | N/A | N/A |

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.    Equipment



### Table II  A - Permitted Sources

Each of the following sources has been issued a permit to operate pursuant to the requirements of BAAQMD Regulation 2, Permits. The capacities in this table are the maximum allowable capacities for each source, pursuant to Standard Condition I.J and Regulation 2-1-301.  All combustion sources except for engines burn natural gas only.

| S # | Description* | Make or Type | Model | Capacity |
|-----|-------------|--------------|-------|----------|
| 1020 | OFF-Line Assembly Paint Hospital (Truck) | Custom Made | N/A | N/A |
| 1053 | Truck Wax Dry Off Booth (Electric) | Custom Made | N/A | N/A |
| 1056 | Truck ASH, Boiler #1 | Custom Made | N/A | 25.1 MMBTU/hr |
| 1057 | Truck ASH, Boiler #2 | Custom Made | N/A | 25.1 MMBTU/hr |
| 1060 | Plastic Paint Shop Emergency Standby Diesel Engine | Olympian | CD150 | 102 bhp |
| 1070 | Instrument Panel Booth | Custom Made | N/A | N/A |
| 1071 | Instrument Panel Oven | Custom Made | N/A | 4 MMBTU/hr |
| 1072 | General Cleaning & Paint Cleaning | Custom Made | N/A | N/A |
| 1504 | Cold Cleaning Tank | Protecto Seal | N/A | 37 Gallon |
| 1509 | Protectoseal Cleaning Tank, 40 Gallons | Protecto Seal | N/A | 40 Gallon |
| 1511 | Truck Elpo Resin Storage Tank | Custom Made | N/A | 10,400 Gallon |
| 1512 | Truck Elpo Pigment Storage Tank | Custom Made | N/A | 5,200 Gallon |
| 1600 | Sub 5 Emergency Standby Diesel Engine | Caterpillar | 3408B | 603 bhp |
| 1601 | Truck Paint Emergency Standby Diesel Engine | Caterpillar | 3508 | 1199 bhp |
| 1602 | Security Emergency Standby Diesel Engine | Caterpillar | 3054 | 75 bhp |
| 1603 | Hazardous Materials Building Emergency Standby Diesel Engine | Kohler | 50R02571 | 102 bhp |
| 1604 | Waste Water Treatment Plant Emergency Standby Diesel Engine | Kohler | 50R02572 | 102 bhp |
| 1803 | Truck Sealer Deck (Fugitive) | Custom Made | N/A | N/A |
| 1809 | Stamping Body & Assembly | Custom Made | N/A | N/A |
| 1810 | Cleaning Materials | Custom Made | N/A | N/A |

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.    Equipment

### Table II  A - Permitted Sources

Each of the following sources has been issued a permit to operate pursuant to the requirements of BAAQMD Regulation 2, Permits. The capacities in this table are the maximum allowable capacities for each source, pursuant to Standard Condition I.J and Regulation 2-1-301.  All combustion sources except for engines burn natural gas only.

| S # | Description* | Make or Type | Model | Capacity |
|-----|-------------|--------------|-------|----------|
| 1901 | Offline Export Final Repair Area/Booth | Custome Made | N/A | N/A |
| 2826 | Plastic Plant Bayco Part Cleaning Oven | Custom Made | N/A | 2 MMBTU/hr |
| 3007 | NPS ELPO Oven | Custom Made | N/A | 5.6 MMBTU/hr |
| 3008 | NPS Prime Booth | Custom Made | N/A | N/A |
| 3009 | NPS Prime Oven | Custom Made | N/A | 19 MMBTU/hr |
| 3014 | NPS Topcoat Booth #1 | Custom Made | N/A | N/A |
| 3015 | NPS Topcoat Oven #1 | Custom Made | N/A | 13.3 MMBTU/hr |
| 3016 | NPS Topcoat Booth #2 | Custom Made | N/A | N/A |
| 3017 | NPS Topcoat Oven #2 | Custom Made | N/A | 13.3 MMBTU/hr |
| 3022 | NPS Passenger ELPO Dip Tank | Custom Made | N/A | N/A |
| 3024 | NPS PVC Undercoat Booth | Custom Made | N/A | N/A |
| 3025 | NPS Passenger Bead Sealer Operations | Custom Made | N/A | N/A |
| 3503 | NPS Purge Thinner Tank | Custom Made | N/A | 300 Gallon |
| 3505 | NPS Waste Solvent Tank | Custom Made | N/A | 300 Gallon |
| 30960 | General Cleaning and Painting Cleaning | Custom Made | N/A | N/A |

*Note:  All combustion sources are fired by natural gas only.

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.    Equipment

### Table II B – Abatement Devices

| A# | Description | Source(s) Controlled | Applicable Requirement | Operating Parameters | Limit or Efficiency |
|---|---|---|---|---|---|
| 102 | Spare Parts ELPO Oxidizer (1.2 MMBtu/hr) | S102 | BAAQMD Condition # 207 Part 3(A)(1) | temperature shall be $\geq$ 800 ºF | Destruction Efficiency $\geq$ 60 wt%; or Total Non-methane Organic Hydrocarbon Outlet Concentration $\leq$10 ppmv |
| 571 | Plastic Plant Thermal Oxidizer (9.9 MMBtu/hr) | S58, S65, S1070, S1071 | BAAQMD Condition # 10320 Part 19 | temperature shall be $\geq$ 1400 ºF except for the temperature excursion parameters set forth in Parts 26 and 27 of the BAAQMD Condition # 10320 | A571 Destruction Efficiency $\geq$ 98.5%, if inlet concentration of VOC $\geq$ 500 ppmv, as methane; or A571 Destruction Efficiency $\geq$ 95%, if inlet concentration of VOC $\leq$ 500 ppmv, as methane; or Total Non-methane Organic Hydrocarbon Outlet Concentration $\leq$10 ppmv |
| 592 | Plastic Plant VOC Concentrator | S59 | None | None | None |

Issuance Date:  October 28, 2010

Facility Name:  Tesla Motors Inc.
Permit for Facility #:  A1438

## II.    Equipment

### Table II B – Abatement Devices

| A# | Description | Source(s) Controlled | Applicable Requirement | Operating Parameters | Limit or Efficiency |
|---|---|---|---|---|---|
| 593 | Bumper Prime Booth Dry Filter | S59 | BAAQMD 6-1-301<br><br>SIP 6-301 | None | Ringelmann 1 for < 3 min/hr |
| 593 | Bumper Prime Booth Dry Filter | S59 | BAAQMD 6-1-310<br><br>SIP 6-310 | None | 0.15 gr/dscf |
| 593 | Bumper Prime Booth Dry Filter | S59 | BAAQMD 6-1-311<br><br>SIP 6-311 | None | $4.10P^{0.67}$ lb/hr, where P is process weight, ton/hr |
| 1007 | Truck Sealer Oven Thermal Oxidizer (9.9 MMBtu/hr) | S1007 | BAAQMD Condition # 9158 Part 2 b & c | temperature shall be $\geq$ 1400 °F | Destruction Efficiency $\geq$ 98%, if VOC concentration $\geq$ 1200 ppm as C1; or Destruction Efficiency > 95-98%, if VOC concentration $\geq$ 500 ppm and $\leq$ 1200 ppm (linearly); or Total Non-methane Organic Hydrocarbon Outlet Concentration $\leq$10 ppmv |

Issuance Date:  October 28, 2010



February 23, 2015



**BAY AREA**

**AIR QUALITY**

MANAGEMENT

DISTRICT

**ALAMEDA COUNTY**
Tom Bates
Margaret Fujioka
Scott Haggerty
Nate Miley

**CONTRA COSTA COUNTY**
John Gioia
David Hudson
Karen Mitchoff
Mark Ross

**MARIN COUNTY**
Katie Rice

**NAPA COUNTY**
Brad Wagenknecht

**SAN FRANCISCO COUNTY**
John Avalos
Edwin M. Lee
Eric Mar
(Vice-Chair)

**SAN MATEO COUNTY**
David J. Canepa
Carole Groom
(Chair)

**SANTA CLARA COUNTY**
Cindy Chavez
Liz Kniss
(Secretary)
Jan Pepper
Rod G. Sinks

**SOLANO COUNTY**
James Spering

**SONOMA COUNTY**
Teresa Barrett
Shirlee Zane

Jack P. Broadbent
**EXECUTIVE OFFICER/APCO**

Ms. Deborah Jordan
Director, Air Division
**United States Environmental Protection Agency**
75 Hawthorne Street
San Francisco, CA 94105

Subject:  Proposed Minor Revision to the Major Facility Review Permit for
Tesla Motors Inc., Facility No: A1438,
Application Numbers: 24333, 24584, 25144, 25443 and 26912

Dear Ms. Jordan:

This is to advise you that the Bay Area Air Quality Management District is
proposing a minor revision to the Major Facility Review Permit for Tesla
Motors, Inc. and is submitting the permit to EPA for review.

The purpose of this minor permit revision is to incorporate new casting
equipment, remove unused sources from operation, and modify existing
boilers which are currently listed in the Title V permit for Tesla Motors.

Because the proposed revision is minor pursuant to BAAQMD Regulation
2-6-215, it is not subject to public comment and the final permit will be
issued after the 45-day EPA review period has ended.

The proposed Major Facility Review Permit and the Statement of Basis
can be viewed on the BAAQMD website at:
http://www.baaqmd.gov/Divisions/Engineering/Title-V-Permit-
Programs/Title-V-Permits.aspx. We will also send the documents to you
via the Electronic Permit Submittal System. If you have any questions
regarding this project, please contact Dennis Jang, Senior Air Quality
Engineer, at (415) 749-4707 or djang@baaqmd.gov.

Sincerely,

Signed by Jeff McKay for Jack P. Broadbent
Jack P. Broadbent
Executive Officer/Air Pollution Control Officer

JPB:JK:dtj

*Spare the Air*

939 Ellis Street . San Francisco, California 94109 . 415 - 771 - 6000 .
WWW.BAAQMD.GOV



PLAINTIFF'S EXHIBIT



**EPA** United States
Environmental Protection
Agency

Fremont, CA

Select a new Location:    How to use this page

[_____] GO

## MyMaps

I want to view my city and its related environmental information on an interactive map.

 **MyMaps**

View maps of EPA and partner data specific to your area of interest. Information on Air, Water, Land, Community, Health and Energy can be visualized on map, downloaded and printed.



Map Contents
⊞ AIR
⊞ WATER
⊞ LAND
A ⊞ OTHER M E D

 **MyAir**

The AQI is an index for reporting daily air quality. It tells you how clean or polluted your air is, and what associated health effects might be a concern for you. Read more about air quality.

Fremont, CA

| | Current: | Good |
| | Forecast: | Good |

**Alameda County, California**

**AQI**

Air Quality    **June Average Data (2013 - Parts of 2014)**

| Pollutants | % |
| --- | --- |
| Ozone | 16.7 |
| PM2.5 | 83.3 |
| PM10 | 0.0 |
| SO2 | 0.0 |
| NO2 | 0.0 |
| CO | 0.0 |

More pollutant info...

**June Historical Data (2009-2012)**

Air Quality

| Pollutants | % |
| --- | --- |
| Ozone | 39.2 |
| PM2.5 | 60.0 |
| PM10 | 0.0 |
| SO2 | 0.0 |
| NO2 | 0.8 |
| CO | 0.0 |

 **MyWater**

The Assessment Total Maximum Daily Load (TMDL) Tracking and Implementation System (ATTAINS) provides information reported by the states to EPA about the conditions in their surface waters. This information is required every two years under Clean Water Act Sections 305(b) and 303(d). Read more about water quality.

| Name | Type | Size | Status |
| --- | --- | --- | --- |
| San Francisco Bay, South | 566 | 18.6 miles | Impaired |
| Old Alameda Creek | 460 | 6.2 miles | Impaired |
| Calaveras Reservoir | 390 | 1,501.1 acres | Impaired |
| Calaveras Reservoir | 558 | 11.1 miles | Impaired |
| Alameda Creek | 460 | 33.1 miles | Impaired |
| Alameda Creek | 558 | 4.6 miles | Impaired |
| San Francisco Bay, Lower | 336 | 0.3 miles | Impaired |
| San Francisco Bay, Lower | 460 | 0.3 miles | Impaired |
| San Francisco Bay, Lower | 566 | 58.3 miles | Impaired |
| Arroyo De La Laguna | 336 | 1.1 miles | Impaired |
| Arroyo De La Laguna | 460 | 6.3 miles | Impaired |

More Maps      More Air      More Water

 **MyEnergy**

The State Energy Data System (SEDS) is the U.S. Energy Information Administration's (EIA) source for comprehensive State energy statistics. Included are estimates of energy production, consumption, prices, and expenditures broken down by energy source and sector.

 **MyHealth**

Toxic air pollutants, or air toxics, are those pollutants known or suspected of causing cancer or other serious health problems, such as birth defects. Not all air pollutants are considered - please visit the NATA Web site for more

 **MyLand**

The National Priorities List (NPL) is the list of national priorities among the known releases or threatened releases of hazardous substances, pollutants, or contaminants throughout the United States and its territories. Read more about the NPL.

There are no Proposed, Final or Deleted NPL Sites in this area.

More Land

**State Data   Comparisons**



**California: 2010 Energy Production vs. Consumption by Source**

Data Source: DOE EIA

 

More Energy

information on the 2005 NATA data.

**2005 Cancer Risk Estimates (Inhalation)**
**Alameda County, California**
More air toxics info...

**Total Risk Per Million: 70**

**Pollutant Contributions to Risk**

| ▼Pollutant ▲ | ▼Percentage ▲ |
| --- | --- |
| Formaldehyde | 45.02 |
| Benzene | 11.18 |
| Naphthalene | 5.16 |
| Acetaldehyde | 5.00 |
| 1,3-Butadiene | 4.93 |

click to get the whole list

More Health

## MyCommunity

**Community Resources** - find key resources to address local environmental challenges.

Give a shout out! Tell us what's happening that's good for the environment in your area, and we'll post it here!

There are currently no shout outs in this area. Be the first to create a shout out.

More Community

## MyEnvironmental Reports

The Environmental Reports site helps people understand environmental conditions in their community. Many communities and states have analyzed environmental conditions near them and have packaged them into reports.

- Neighborhood Knowledge for Change: The West Oakland Environmental Indicators Project EXIT Disclaimer

- Bay Area Burden: Examining the Costs and Impacts of Housing and Transportation of Bay Area Residents, their Neighborhoods, and the Environment EXIT Disclaimer

- Green City Indicators Report 2009 EXIT Disclaimer

More Environmental Reports

## Social Networking

Share the information, experience and your findings within MyEnvironment with others.

